# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIEN VU,<br><br>                         Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>                         Defendants. | Case No.: 25-cv-02586-BJC-AHG<br><br>**ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL [ECF NO. 2]** |

      Before the Court is pro se Petitioner Hien Vu's Motion for Appointment of Counsel, requesting the Court appoint the Federal Defenders of San Diego, Inc. pursuant to 18 U.S.C. § 3006A(a)(2). ECF. No. 2. Under this statute, the district court may appoint counsel for an impoverished habeas petitioner seeking relief under 28 U.S.C. § 2241 whenever "the court determines that the interest of justice so require[.]" 18 U.S.C. § 3006A(a)(2)(B). In making this determination, "a district court must evaluate both the likelihood of success on the merits and the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved." *Rand v. Rowland*, 113 F.3d 1520 (9th Cir. 1997) (citations omitted).

      Federal Defenders of San Diego, Inc., is ready and able to assist Petitioner in this

matter, as demonstrated by the fact that the instant motion was drafted with their assistance and supported by the declaration of Katie Hurrelbrink, an appellate attorney at Federal Defenders. Exhibit A, ECF No. 2. Moreover, Petitioner avers he does not have the funds necessary to hire a lawyer and has demonstrated sufficient likelihood of success on the merits. *Id.* Having carefully considered the arguments raised in Petitioner's motion, the Court finds that the appointment of counsel is appropriate in this case. The Court therefore GRANTS Petitioner's motion for appointment of counsel and **APPOINTS** Federal Defenders of San Diego, Inc. to represent him.

      **IT IS SO ORDERED.**

Dated: October 6, 2025

*/s/ Benjamin J. Cheeks*
Honorable Benjamin J. Cheeks
United States District Judge